IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENJAMIN C. BOONE,

    Plaintiff,

v.                                 Case No. 5:15cv53-MW/GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Alternative Motion for Summary Judgment, EC No. 15, is **GRANTED with respect to Plaintiff's FTCA claim**. Judgment is entered in favor of Defendant with respect to Plaintiff's

1

FTCA claim.   Defendant's Motion to Dismiss, ECF No. 15, is **GRANTED with respect to Plaintiff's Rehabilitation Act claim**."   The Clerk shall close the file.

**SO ORDERED on December 1, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**